IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-578-CV





PINNACLE PARK, INC.,



 APPELLANT


vs.





TEXAS RACING COMMISSION AND DUDLEY D. McCALLA,


IN HIS OFFFICIAL CAPACITY AS HEARING EXAMINER OF THE COMMISSION,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT



NO. 92-08275, HONORABLE JAMES R. MEYERS, JUDGE PRESIDING



 





PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Joint Motion

Filed: November 17, 1993

Do Not Publish